IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PATRICIA ADKINS,

        Plaintiff,                               Civil Action No. 2:18-cv-00519-CRE

vs.

LIFE INSURANCE COMPANY
OF NORTH AMERICA

        Defendant.

STIPULATION FOR DISMISSAL UNDER Fed.R.Civ.P. 41(a)

The parties hereby stipulate and agree that Plaintiff's claims against the Defendants in the above-captioned action be dismissed with prejudice.

Respectfully submitted,

SAUL EWING ARNSTEIN & LEHR LLP

/s/ Gianni Floro
Gianni Floro, Esquire
935 Beaver Grade Road, Suite 6
Moon Township, PA 15108

/s/ Christina D. Riggs
Christina D. Riggs, Esquire
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186

AND NOW, this __9__ day of __Oct__, 2018 IT IS SO ORDERED.

BY THE COURT:

Cythia Reed Eddy
United States Magistrate Judge